UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                :
IN RE: AAM HOLDING CORP., et al.    :    23 Misc. 103 (LGS)
                :
                :    <u>ORDER</u>
                :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 8, 2024, Applicant U.S. Equal Employment Opportunity Commission ("EEOC") filed a petition to enforce an administrative subpoena *deuces tecum* against Respondents AAM Holding Corp. and 59 Murray Street Enterprises, Inc.

       WHEREAS, "[t]he courts' role in a proceeding to enforce an administrative subpoena is extremely limited." *Consumer Fin. Prot. Bureau v. L. Offs. of Crystal Moroney, P.C.*, 63 F.4th 174, 185 (2d Cir. 2023). "To win judicial enforcement of an administrative subpoena, an agency must show [1] that the investigation will be conducted pursuant to a legitimate purpose, [2] that the inquiry may be relevant to the purpose, [3] that the information sought is not already within the agency's possession, and [4] that the administrative steps required have been followed." *Id.* "It is the respondent's burden to show that an agency subpoena is unreasonable -- a burden that is not easily met." *Id.*

       WHEREAS, despite Respondents' high burden, they must be given the opportunity to respond and "demonstrate[] that the subpoena is unreasonable or that compliance would be unnecessarily burdensome." *E.E.O.C. v. United Parcel Serv., Inc.*, 587 F.3d 136, 139 (2d Cir. 2009). It is hereby

**ORDERED** that by **March 22, 2024,** the EEOC shall serve Respondents with (1) the papers in support of the application and (2) this Order, and shall file proof of service on the docket.  It is further

**ORDERED** that responsive papers, not to exceed fifteen (15) pages, are due by **April 1, 2024.**  The EEOC may file a reply, not to exceed eight (8) pages, by **April 8, 2024.**  All filings shall comply with the Court's Individual Rules.

Dated: March 12, 2024
      New York, New York

                                              **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**