

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
New York Direct Dial: (929) 506-5270
FAX (212) 336-3625
Website: www.eeoc.gov

March 22, 2024

Application GRANTED. Applicant shall file proof of service by **March 29, 2024**.

Dated: March 25, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Honorable Lorna G. Schofield
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *EEOC v. AAM Holding Corp., et al.*
No. 24 MC 00103

Dear Judge Schofield:

I write to request a seven-day extension of the U.S. Equal Employment Opportunity Commission's March 22, 2024, deadline to file proof of service of EEOC's Petition to Enforce Administrative Subpoenas *Duces Tecum*, supporting documents, and the Court's March 12, 2024, Order in the above-listed proceeding, until March 29, 2024. *See* ECF No. 6 (Order). On March 14, 2024, EEOC retained a process server to serve the required documents on Respondents AAM Holding Corp. and 59 Murray Street Enterprises, Inc., d/b/a FlashDancers Gentlemen's Club. However, as of this writing, the process server has not completed service on Respondents.

EEOC filed its Petition to Enforce Administrative Subpoenas and supporting documents on ECF on Friday, March 8, 2024. On Monday, March 11, 2024, I emailed Respondents' counsel in the underlying investigation to inform them that EEOC had filed a petition to enforce Subpoena Nos. NY-A24-003 and NY-AY-24-004. My email attached the ECF-stamped documents that appear as ECF Nos. 1 through 5. A copy of my March 11, 2024, email is attached hereto as Exhibit A. In addition to attaching EEOC's papers, my March 11, 2024, email requested that Respondents waive service of process and attached the Court's AO 398 and AO 399 forms. Respondents did not respond. After the Court issued its Order on March 12, 2024, I again emailed Respondents' counsel on March 13, 2024, requesting that Respondents' counsel inform EEOC if they would accept electronic service to avoid the unnecessary expense of serving papers pursuant to Fed. R. Civ. P. 4(d). A copy of my March 13, 2024, email and counsel's response is attached hereto as Exhibit B. My March 13, 2024, email forwarded the ECF docket entry containing the Court's text order linking to the March 12, 2024, Order. *See* Exhibit B at 2-3. Later that same day, Respondents' counsel informed me that they were not authorized to accept service on behalf of Respondents. EEOC retained a process server to effect service on March 14, 2024.

In addition to my communications on March 11, 2024, and March 13, 2024, Respondents' counsel has been on notice of EEOC's anticipated petition to enforce the administrative subpoenas since February 27, 2024. After Respondents missed their deadline to

respond to Administrative Subpoena Nos. NY-A24-003 and NY-AY-24-004, on February 27, 2024, I spoke with Respondents' counsel regarding Respondents' compliance with the subpoenas. During that call, Respondents' counsel informed me that Respondents would not comply with the subpoenas absent a court order.  *See* ECF No. 5-1 (Chomski Decl. Ex. 1) (email correspondence with Respondents' counsel).  On March 6, 2024, I informed Respondents' counsel by email that EEOC was preparing to file its petition to enforce the administrative subpoenas and asked whether Respondents' counsel would accept electronic service on behalf of Respondents.  After Respondents' counsel did not respond to my March 6, 2024, email, I followed up a second time on March 8, 2024, to inquire regarding whether counsel would accept electronic service.  Counsel did not respond.  *See* Exhibit A at 1-2.

      EEOC is engaged in diligent communications with the process server to ensure that paper copies of ECF Nos. 1 – 6 are served on Respondents consistent with the March 12, 2024, Order as soon as possible.  EEOC will file proof of service on the docket as soon as it receives confirmation that service has been completed.  However, as of this writing, paper service on Respondents' businesses has not been completed.  Accordingly, EEOC respectfully requests a one-week extension of the Court's March 22, 2024, deadline to file certificates of service until March 29, 2024.

Respectfully submitted,

/s/ Cara B. Chomski
Cara B. Chomski
Trial Attorney
Attorney for Petitioner
U.S. Equal Employment Opportunity Commission

# Exhibit A

**CARA CHOMSKI**

| | |
|---|---|
| **From:** | CARA CHOMSKI |
| **Sent:** | Monday, March 11, 2024 2:27 PM |
| **To:** | adil.yaqoob@akerman.com; jeffrey.kimmel@akerman.com |
| **Cc:** | SEBASTIAN RICCARDI |
| **Subject:** | RE: Eunice Flores-Thomas v. 59 Murrey Street Enterprises, Inc./ AAM Holding Charge Nos. 520-2023-01417 and 520-2023-01245 |
| **Attachments:** | 001 - Petition to Enforce Administrative Subpoenas.pdf; 002 - Micellaneous Case Cover Sheet.pdf; 004 - Nieto Declaration.pdf; 004 -3 - Nieto Decl. Ex. C - May 31, 2023 RFI.pdf; 004-1 - Nieto Decl. Ex. A - Charges.pdf; 004-2 - Nieto Decl. Ex. B - Position Statement.pdf; 004-4 - Nieto Decl. Ex. D - Aug. 8, 2023 RFI Response.pdf; 004-5 - Nieto Decl. Ex. E - Oct. 26, 2023 EEOC Letter.pdf; 004-6 - Nieto Decl. Ex. F - Nov. 15, 2023 Letter to EEOC.pdf; 004-7 - Nieto Decl. Ex. G - Subpoenas.pdf; 004-8 - Nieto Decl. Ex. H - Petition to Revoke.pdf; 004-9 - Nieto Decl. Ex. I - Determination.pdf; 004-10 - Nieto Decl. Ex. J - Email Correspondence with Michael Woo.pdf; 005 - Chomski Declaration.pdf; 005-1 - Chomski Decl. Ex. 1 - Email Correspondence.pdf; Waiver Form - EEOC v. AAM et al.pdf; Waiver of Service of Summons - AAM et al.pdf; 003 - MOL ISO Petition to Enforce.pdf |

Jeff and Adil:

Attached here is EEOC's Petition to Enforce Administrative Subpoena Nos. NY-AY-24-004 and NY-A24-003 and accompanying materials. The attached documents were filed in the Southern District of New York on March 8, 2024. The case is docketed as 24-mc-00103.

Also attached here is a request to waive the service of summons and waive form. In order to avoid the unnecessary expense of serving a summons, we request that you return the attached waiver form on behalf of Respondents AAM Holding Corp. and 59 Murray Street Enterprises, Inc.

All the best,

Cara

---

**From:** CARA CHOMSKI
**Sent:** Friday, March 8, 2024 10:26 AM
**To:** adil.yaqoob@akerman.com; SEBASTIAN RICCARDI <SEBASTIAN.RICCARDI@EEOC.GOV>
**Cc:** jeffrey.kimmel@akerman.com
**Subject:** RE: Eunice Flores-Thomas v. 59 Murrey Street Enterprises, Inc./ AAM Holding Charge Nos. 520-2023-01417 and 520-2023-01245

Jeff and Adil:

I am emailing to follow up regarding the below. Will you accept electronic service of EEOC's Petition to Enforce Administrative Subpoenas on behalf of Respondents' AAM Holding Corp. and 59 Murrey Street Enterprises?

All the best,

Cara

---

**From:** CARA CHOMSKI
**Sent:** Wednesday, March 6, 2024 2:18 PM

**To:** adil.yaqoob@akerman.com; SEBASTIAN RICCARDI <SEBASTIAN.RICCARDI@EEOC.GOV>
**Cc:** jeffrey.kimmel@akerman.com
**Subject:** RE: Eunice Flores-Thomas v. 59 Murrey Street Enterprises, Inc./ AAM Holding Charge Nos. 520-2023-01417 and 520-2023-01245

Jeff and Adil:

I am preparing to file EEOC's petition to enforce Subpoena Nos. NY-A24-003 and NY-AY-24-004.  Will you accept electronic service on behalf of Respondents?

All the best,

Cara

---

**From:** CARA CHOMSKI
**Sent:** Wednesday, February 28, 2024 12:01 PM
**To:** adil.yaqoob@akerman.com; SEBASTIAN RICCARDI <SEBASTIAN.RICCARDI@EEOC.GOV>
**Cc:** jeffrey.kimmel@akerman.com
**Subject:** RE: Eunice Flores-Thomas v. 59 Murrey Street Enterprises, Inc./ AAM Holding Charge Nos. 520-2023-01417 and 520-2023-01245

Jeff and Adil:

Thank you for yesterday's call.  This email confirms that 59 Murray Street Enterprises, Inc./AAM Holding Corp. informed EEOC that it will not be producing the information subpoenaed in Subpoena Nos. NY-A24-003 and NY-AY-24-004.

All the best,

Cara

---

**From:** CARA CHOMSKI
**Sent:** Tuesday, February 27, 2024 11:15 AM
**To:** adil.yaqoob@akerman.com; SEBASTIAN RICCARDI <SEBASTIAN.RICCARDI@EEOC.GOV>
**Cc:** jeffrey.kimmel@akerman.com
**Subject:** RE: Eunice Flores-Thomas v. 59 Murrey Street Enterprises, Inc./ AAM Holding Charge Nos. 520-2023-01417 and 520-2023-01245

Adil:

Thank you for the update.  I'll send a Teams invite shortly.

All the best,

Cara

---

**From:** adil.yaqoob@akerman.com <adil.yaqoob@akerman.com>
**Sent:** Tuesday, February 27, 2024 11:13 AM
**To:** CARA CHOMSKI <CARA.CHOMSKI@EEOC.GOV>; SEBASTIAN RICCARDI <SEBASTIAN.RICCARDI@EEOC.GOV>
**Cc:** jeffrey.kimmel@akerman.com
**Subject:** RE: Eunice Flores-Thomas v. 59 Murrey Street Enterprises, Inc./ AAM Holding Charge Nos. 520-2023-01417 and 520-2023-01245

Hi Cara,

Yes, we are available at 4 pm today.

Thank you,

**Adil Yaqoob**
Associate
Akerman LLP | 1251 Avenue of the Americas, 37th Floor | New York, NY 10020
D: 212 880 3888
Adil.Yaqoob@akerman.com

---

**From:** CARA CHOMSKI <CARA.CHOMSKI@EEOC.GOV>
**Sent:** Tuesday, February 27, 2024 11:12 AM
**To:** SEBASTIAN RICCARDI <SEBASTIAN.RICCARDI@EEOC.GOV>; Yaqoob, Adil (Assoc-NY) <adil.yaqoob@akerman.com>
**Cc:** Kimmel, Jeffrey (Ptnr-NY) <jeffrey.kimmel@akerman.com>
**Subject:** RE: Eunice Flores-Thomas v. 59 Murrey Street Enterprises, Inc./ AAM Holding Charge Nos. 520-2023-01417 and 520-2023-01245

**[External to Akerman]**

Mr. Yaquoob:

As my colleague noted, I am available to speak this afternoon about Respondent's compliance with EEOC's subpoenas. Are you available today at 4:00 p.m.?

All the best,

Cara

---

**From:** SEBASTIAN RICCARDI <SEBASTIAN.RICCARDI@EEOC.GOV>
**Sent:** Tuesday, February 27, 2024 11:07 AM
**To:** adil.yaqoob@akerman.com
**Cc:** jeffrey.kimmel@akerman.com; CARA CHOMSKI <CARA.CHOMSKI@EEOC.GOV>
**Subject:** RE: Eunice Flores-Thomas v. 59 Murrey Street Enterprises, Inc./ AAM Holding Charge Nos. 520-2023-01417 and 520-2023-01245

Mr. Yaqoob

My colleague Cara Chomski, who is cc'ed on this email, is available this afternoon. She will reach out to schedule a time to talk.
Thanks

Sebastian Riccardi
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
33 Whitehall St., 5th Floor
New York, NY 10004
(929) 506-5340

**From:** adil.yaqoob@akerman.com <adil.yaqoob@akerman.com>
**Sent:** Tuesday, February 27, 2024 10:10 AM
**To:** SEBASTIAN RICCARDI <SEBASTIAN.RICCARDI@EEOC.GOV>
**Cc:** jeffrey.kimmel@akerman.com
**Subject:** RE: Eunice Flores-Thomas v. 59 Murrey Street Enterprises, Inc./ AAM Holding Charge Nos. 520-2023-01417 and 520-2023-01245

You don't often get email from adil.yaqoob@akerman.com. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Mr. Riccardi,

Are you available for a phone call today at 3:30 or 4:00?

Thank you,

**Adil Yaqoob**
Associate
Akerman LLP | 1251 Avenue of the Americas, 37th Floor | New York, NY 10020
D: 212 880 3888
Adil.Yaqoob@akerman.com

Profile | Blog | Podcast

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** SEBASTIAN RICCARDI <SEBASTIAN.RICCARDI@EEOC.GOV>
**Sent:** Thursday, February 22, 2024 9:22 AM
**To:** Yaqoob, Adil (Assoc-NY) <adil.yaqoob@akerman.com>
**Subject:** Eunice Flores-Thomas v. 59 Murrey Street Enterprises, Inc./ AAM Holding Charge Nos. 520-2023-01417 and 520-2023-01245

**[External to Akerman]**

Mr. Yaqoob

The records in response to the subpoenas were due on February 16, 2024 and have not been received. I am the attorney who has been assigned these cases for subpoena enforcement. Please provide your availability to discuss this case. I would like to see if there is a way to avoid litigation here and I assume that your client does as well. Please let me know when you are free to talk.

Regards

Sebastian Riccardi
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
33 Whitehall St., 5th Floor
New York, NY 10004
(929) 506-5340

# Exhibit B

| | |
|---|---|
| **From:** | jeffrey.kimmel@akerman.com |
| **To:** | CARA CHOMSKI |
| **Cc:** | adil.yaqoob@akerman.com |
| **Subject:** | RE: EEOC v. AAM Holding Corp. et al. - FW: Activity in Case 1:24-mc-00103-LGS In Re: AAM Holding Corp. et al Order |
| **Date:** | Wednesday, March 13, 2024 12:48:19 PM |

Hi Cara,

This confirms that on March 11 the EEOC has requested that our clients waive service and we accept service of process and that the Court has ordered that the petition be served by March 22. Please be advised that, at this time, this firm is not authorized to accept service on behalf of the Respondents.

Thank you.

**Jeffrey Kimmel**
Partner
Co-Chair, Wage and Hour Practice
Akerman LLP | 1251 Avenue of the Americas, 37th Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121
jeffrey.kimmel@akerman.com

vCard | Profile | Blog | Podcast

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** CARA CHOMSKI <CARA.CHOMSKI@EEOC.GOV>
**Sent:** Wednesday, March 13, 2024 12:18 PM
**To:** Kimmel, Jeffrey (Ptnr-NY) <jeffrey.kimmel@akerman.com>; Yaqoob, Adil (Assoc-NY) <adil.yaqoob@akerman.com>

**Subject:** EEOC v. AAM Holding Corp. et al. - FW: Activity in Case 1:24-mc-00103-LGS In Re: AAM Holding Corp. et al Order

**[External to Akerman]**

Jeff and Adil:

The Court has ordered us to serve Respondents with papers in support of EEOC's application for subpoena enforcement no later than March 22, 2024. In order to avoid the unnecessary expense of physically serving papers pursuant to Fed. R. Civ. P. 4(d), please let me know if you will accept electronic service on behalf of Respondents.

All the best,

Cara

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Tuesday, March 12, 2024 4:19 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-mc-00103-LGS In Re: AAM Holding Corp. et al Order

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 3/12/2024 at 4:19 PM EDT and filed on 3/12/2024

**Case Name:** In Re: AAM Holding Corp. et al
**Case Number:** 1:24-mc-00103-LGS
**Filer:**
**Document Number:** 6

**Docket Text:**

**ORDER: ORDERED that by March 22, 2024, the EEOC shall serve Respondents with (1) the papers in support of the application and (2) this Order, and shall file proof of service on the docket. It is further ORDERED that responsive papers, not to exceed fifteen (15) pages, are due by April 1, 2024. The EEOC may file a reply, not to exceed eight (8) pages, by April 8, 2024. All filings shall comply with the Court's Individual Rules. (Replies due by 4/8/2024. Responses due by 4/1/2024.) (Signed by Judge Lorna G. Schofield on 3/12/2024) (mml)**

**1:24-mc-00103-LGS Notice has been electronically mailed to:**

Cara Brown Chomski cara.chomski@eeoc.gov

**1:24-mc-00103-LGS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/12/2024] [FileNumber=30966979-0] [2867bbd87e7e8ce801cde7e4f3a4c94492e4bd63aef881da7840ede893a5d329ef c0cf89beb8660e859ce4b1351eede9148ca7e58dc6b8322e3c54efbebc7736]]