Petitioner shall respond by **July 12, 2024**, with a memorandum of law not to exceed 10 pages.  Respondents shall reply by **July 17, 2024**, with a memorandum of law not to exceed 4 pages.  So Ordered.

Dated: July 3, 2024
    New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

No. 1:24-mc-00103(LGS)

**NOTICE OF MOTION TO STAY THE ACTION PENDING APPEAL TO THE SECOND CIRCUIT AND FOR WAIVER OF AN APPEAL BOND**

---

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                Petitioner,

- against -

AAM HOLDING CORP. and 59 MURRAY STREET ENTERPRISES, INC., d/b/a "FlashDancers Gentleman's Club,"

                Respondents.

---

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Respondents AAM Holding Corp. ("AAM") and 59 Murray Street Enterprises Inc. ("59 Murray") (59 Murray and AAM collectively known hereinafter as the "Respondents") by and through their undersigned counsel, will move this Court before the Honorable Lorna G. S, U.S.D.J. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 1106, on a date and time designated by the Court, for an order staying enforcement of the Court's Order (ECF Dkt. No. 18) granting the Petition to enforce the EEOC's subpoena, pending Defendants' appeal to the United States Court of Appeals for the Second Circuit, and for an order granting waiver of an appeal bond.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Petitioner's opposition papers must be filed by July 16, 2024, and Respondents' reply must be filed by July 23, 2024.

Dated: July 2, 2024
      New York, New York

Respectfully submitted,

**AKERMAN LLP**

By: <u>/s/   *Jeffrey A. Kimmel*</u>
    Jeffrey A. Kimmel Esq.
    1251 Avenue of the Americas, 37th Floor
    New York, New York 10020
    jeffrey.kimmel@akerman.com
    *Attorney for Respondents*