UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
: 
: 
IN RE: AAM HOLDING CORP., et al.    :    24 Misc. 103 (LGS)
: 
:              ORDER
: 
: 
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on January 14, 2025. As discussed at the conference, it is hereby

**ORDERED** that by **March 7, 2025,** Respondents shall make a complete production of the information sought by the Subpoenas. It is further

**ORDERED** that by **January 21, 2025**, Respondents shall file a letter providing proposed interim deadlines to facilitate an orderly and timely production. It is further

**ORDERED** that the parties shall file a joint status letter regarding the progress of production **every fourteen (14) days**, beginning with **January 28, 2025**, through the completion of production.

Dated: January 14, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE