

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

Application **GRANTED.** Respondents shall filed the letter by **January 23, 2025**.

Dated: January 22, 2025
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

January 21, 2025

**VIA ECF**
The Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **EEOC v. AAM Holding Corp, et al.,**
              **Case No. 24 Misc. 103 (LGS)**

Dear Judge Schofield:

      This firm represents Respondents in the above-referenced case. We submit this letter to respectfully request a brief two-day extension of the current January 21, 2024 deadline to submit a letter outlining proposed interim deadlines for production of the information requested by the EEOC's Subpoena, up to and until January 23, 2024. This request is being made because Respondents are continuing to review records to determine the total number of employees at both Clubs of Respondents and want to make sure the number is accurate before providing the proposed timeline to the Court and Petitioner.

      We thank the Court for its consideration of this request.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm

akerman.com