UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
                                                            :
                                                            :
IN RE: AAM HOLDING CORP., et al.                            :   24 Misc. 103 (LGS)
                                                            :
                                                            :       ORDER
                                                            :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 15, 2025, required the parties to file a joint status letter every fourteen days until the completion of Respondents' productions.

WHEREAS, the most recent status letter was filed on February 13, 2025.

WHEREAS, the parties failed to submit the required letter on February 27, 2025. It is hereby

**ORDERED** that the parties shall file the joint status letter by March 10, 2025.

Dated: March 4, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE